UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIE PAUL CURRY,

      Petitioner,

v.                                                               4:10cv71-WS

WALTER A. MCNEIL,

      Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed October 5, 2010. See Doc. 27. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed without prejudice pursuant to the petitioner's notice of voluntary dismissal. The petitioner has filed no objections to the magistrate judge's report and recommendation.

This court having determined that the magistrate judge's report and recommendation should be adopted, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 27) is hereby ADOPTED and incorporated by reference into this order.

2. The petitioner's petition for writ of habeas corpus (doc. 1) is DISMISSED without prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

3. The clerk shall enter judgment accordingly.

DONE AND ORDERED this   25h   day of    October   , 2010.


                              s/ William Stafford
                              WILLIAM STAFFORD
                              SENIOR UNITED STATES DISTRICT JUDGE